1
2
3
4
5
6
7
8                              **IN THE UNITED STATES DISTRICT COURT**
9                            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11  CHARLES ADAMS,                              CASE NO. CV F 06-1642 OWW LJO
12              Plaintiff,                      **ORDER TO TRANSFER ACTION**
13       vs.
14  AMERIPROS AUTOBODY SHOP,
15              Defendant.
16  _____/
17       Plaintiff Charles Adams ("plaintiff") proceeds pro se in this purported civil rights action under
18  42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 1391(b), a civil action (other than one based on diversity
19  jurisdiction) may be brought only in:  (1) a judicial district where any defendant resides, if all defendants
20  reside in the same state; (2) a judicial district in which a substantial part of the events or omissions
21  giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is
22  situated; or (3) a judicial district in which any defendant may be found, if there is no district in which
23  the action may otherwise be brought.  In the interest of justice, a federal court may transfer a complaint
24  filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d
25  918, 932 (D.C. Cir. 1974).
26       Plaintiff's complaint indicates that his claims arose in Los Angeles.  In addition, the defendant
27  appears to reside or is domiciled in Los Angeles.  Therefore, this action should have been filed in the
28  United States District Court for the Central District of California, this Court TRANSFERS this action

1  to the United States District Court for the Central District of California.

2       By this order, this Court does not rule on plaintiffs' application to proceed in forma pauperis and
3  request for service, without prepayment of costs, by the United States Marshal.

4       IT IS SO ORDERED.

5  **Dated:   November 16, 2006**              **/s/ Lawrence J. O'Neill**
   66h44d                                      UNITED STATES MAGISTRATE JUDGE